COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Jason Henry Lathe v. Rachel Lizabeth Lathe

Appellate case number:    01-18-00936-CV

Trial court case number:   17-03-0243-CVA

Trial court:              County Court at Law of Atascosa County

Appellee, Rachel Lizabeth Lathe, has filed a motion for substitution of Tess D. Osborn as counsel on appeal and discharge of Patricia Deveau as attorney of record for appellee. The motion is **granted**. *See* TEX. R. APP. P. 6.5(b), (d).

The Clerk of this Court is directed to note the withdrawal of Patricia Deveau as counsel for appellee, and the appearance of Tess D. Osborn's as lead counsel for appellee on the docket of this Court. *See* TEX. R. APP. P. 6.1.

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
                     ☑ Acting individually   ☐ Acting for the Court

Date:     August 22, 2019